UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIENVENIDO P. ONG,<br><br>                       Plaintiff,<br><br>    -against-<br><br>BATHSHEBA S. ONG,<br><br>                       Defendant. | 25cv2317 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 6, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 7, 2025
             New York, New York

                                                     /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                               Chief United States District Judge